McNabb *vs.* The Bank of the State.

Held, that it is not necessary, in the return on a writ, to state *where* it was executed.